Pro Se 1 (Rev 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Civil Division

| | |
|---|---|
| 1. MAAHNCHOOH GHOGOMU <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> 1. DELTA AIRLINES GLOBAL SERVICES, LLC <br> (Wholly Owned Subsidiary of Delta Airlines, Inc.) <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case: 1:18-cv-01396   Jury Demand <br> Assigned To : McFadden, Trevor N. <br> Assign. Date : 6/13/2018 <br> Description: Pro Se Gen. Civil  F Deck <br><br> Jury Trial: *(check one)*  ☑ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

**RECEIVED**

**JUN 1 3 2018**

Clerk, U.S. District and
Bankruptcy Court

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Maahnchooh Ghogomu |
   | Street Address | 40 E. Main St. #142 |
   | City and County | Newark |
   | State and Zip Code | Delaware 19711 |
   | Telephone Number | 918-960-9414 |
   | E-mail Address | donaldgogomo@yahoo.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Delta Airlines Global Services, LLC |
| Job or Title *(if known)* | Attn: Mr. Cyril J. Turner (Corporation President) |
| Street Address | 980 Virginia Ave. 4th Floor |
| City and County | Atlanta |
| State and Zip Code | Georgia 30354 |
| Telephone Number | Tel: 404-715-4300 / Fax: 404-715-4002 |
| E-mail Address *(if known)* | // |

Defendant No. 2

| | |
|---|---|
| Name | // |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | // |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | // |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. U.S Constitution Art. VI, Clause 2 (Constitutional and Federal Law Enforcement Authority); 28 U.S.C. § 1331.
2. 18 U.S.C (Conspiracy Leading to Corruption & Racketeering Activities) and Violation of Federal Laws/Statutes.
3. Aviation Act of 1958 (FAA - Federal Agency with Authority in Aircraft Incident / Accident Investigation).

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____//_____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____//_____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____//_____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____//_____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
o

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Delta Airlines Global Sevices, LLC., intentionally conspired, and indulged in actions of bribery; colluded, hugely influenced & corrupted Ms. Heather Fritts (-then Tulsa Airport TSA Security Assistant Manager) to falsely witness and testify regarding an aircraft incident and damage investigation she never investigated on April 22, 2013 from the Airport TSA office of Operations. Ms. Fritts knowingly frauded and obstructed justice in a Federal Civil Case. Mr. John Watts (-then Delta Airlines Global Services Manager in Tulsa, Ok) knowingly conspired, colluded & corrupted Ms. Fritts obstructing justice. Investigations from the Airport & TSA Authorities, including the TSA Law on Investigation proved they both lied. See Attached Additional Pages.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff Seeks Special Damages in this action regarding;
- Intentional and Malicious Actions and Defamation as a result of the judgment(s) against Plaintiff; $200 million.
- Intentional Infliction of Emotional Distress; $50 million.
- Punitive Damages which will serve as a detterent to Delta Airlines Global Services and partners, and other multi-billion dollar Corporations using money, or fame, and/or power to deliberately corrupt and buy justice; $ 500 million.

2. **Plaintiff Claims Delta's Influence and Racketeering Activities and Corruption of third parties involved with the issues, or the handling of matters in the Federal Civil Cases No:** 4:14-CV-0048-JED-TLW (Base File); Appellate Case No: 15-5112; Supreme Court Case No: 16-363; resulted in the obstruction of justice, seriously harming Plaintiff and his aviation career as an airman. Delta was aware of the FAA and Airport TSA Federal Law Enforcement Investigation Reports with findings, facts, and evidence, during the court discovery legal proceeding in 2014, but however Delta continued in their actions of corruption with third parties involved in the case. **Delta's actions were indeed pre-meditated, intentional, and reckless.**

3. **Plaintiff Claims False Witness of Delta Airlines Global Services in the Federal Case:** On **May 5th 2014**, Delta Airlines Global Services submitted a list of witnesses, and seven months later changed and submitted a second list of witnesses on **December 31st 2014** with **Ms. Heather Fritts** as **Principal Witness for Delta**. Ms. Heather Fritts ("Fritts" the New Principal Witness) was -then Tulsa International Airport TSA Assistant Security Manager. Ms. Fritts falsely claimed and agreed to an aircraft incident investigation at her TSA office of operations on April 22, 2013, which never happened. Delta's principal witness, Ms. Fritts (from Airport TSA Security Office of Operations) provided no evidence regarding her aircraft incident (alleged) viewed video investigation operation. **Fact:** The Airport & TSA Authorities jointly conducted three rounds of legal investigations and refuted [any] investigation happened with Delta. **The Tulsa Airport Int'l Trust Legal Counsel (TAIT), Final Investigation Report Stated,** *"there is no report and no document of an incident investigation on April 22, 2013...."* The Transportation Security Administration Rule/Law on Investigation and Procedures; Title 49 CFR. Sec. §1503.205 Stating;

> "Each record, document, and report that regulations issued by the Transportation Security Administration require to be maintained, exhibited, or submitted to the Administrator may be used in any investigation conducted by the Administrator; and, except to the extent the use may be specifically limited or prohibited by the section that imposes the requirement, the records, documents, and reports may be used in any civil penalty action or other legal proceeding."

4. **Plaintiff Claims there was Influence, Corruption, and Abuse of Power; Appellate Case No. 15-5112.** The Tenth Circuit Court Judges in their opinion and judgment on **June 16, 2016** expressed that, *"there was no evidence suggesting that a request would ordinarily have been reflected in the airport's record."* **Fact:** The TSA Law and the Tulsa Airport TSA Investigation Report proved; **no report, no document, no record** of [any] investigation on April 22, 2013 at the Tulsa International Airport TSA office of Operations with Delta. Delta falsely claimed an investigation on April 22, 2013 with Airport TSA Authorities. The **Airport Computer Access Data System Records (CADS) and Severs** showed (reports, documents, and records) regarding other alerts and other information/issues that happened on April 22, 2013. However, the airport computer systems showed no history of activity regarding Delta's (alleged) viewed video investigation claim with TSA Airport Office of Operations. **Relevant Fact and Evidence from Airport CADS Record** also indicated receiving **no phone call for assistance on April 22, 2013 regarding any investigation.** Delta falsely claimed making a phone call to Airport TSA Office demanding a video investigation. **Fact.** There is no physical evidence of a record, or identification card record of the alleged Delta participants at the Tulsa Airport TSA Office of

Operations on April 22, 2013 regarding an investigation. **Fact:** The Circuit Court ruled against Plaintiff upon presentation of the TSA Federal Law on investigation with supporting evidence. The Tulsa International Airport TSA Final Report proved Delta lied about an investigation with Airport TSA Authorities.

5. **Plaintiff Claims; Delta Frauded making False Statements and Falsely Reported that they did their own investigation with the TSA Office of Operations and viewed (watched) a video (seeing) Plaintiff (Mr. Ghogomu) performed the operations on the aircraft which led to the aircraft incident.** This report was made by -then Delta Manager and management **(Mr. John Watts)**, with TSA official **(Ms. Heather Fritts)**, however which never happened on April 22, 2013 at Tulsa International Airport which is Federally Regulated. They frauded and made false statements. There is no record of an investigation with Tulsa Airport TSA office of operations with Delta on April 22, 2013. **Making False Statements and Fraud is a violation of 18 U.S.C §7206(1) in a Federal legal proceeding. Delta lied of an investigation with Airport TSA that never happened.**

6. **Plaintiff Claims; Delta Frauded, Tampered, and Spoliated Evidence with other third parties including Court Reporters on Case No. 4:14-CV-0048-JED-TLW** *(Base File)*, and the District Judge accepted these fraudulent documents in (hearsay testimony only) in the case. The Judge accepted (corrupt) tampered deposition transcripts as evidence and ruled against Plaintiff on Oct. 15, 2015 in a summary judgment. **Fact:** (a) **This is a violation of 18 U.S.C §1505 & §1519. The District Judge in his ruling on Oct. 15, 2015 acknowledged tampered (spoliation) evidence.**

(b). **Plaintiff Claims; 49 U.S.C was violated by the Federal Judge.** The FAA Authority and aircraft incident Investigation, with findings, facts, and evidence were expressly suppressed by the District Judge to the acceptance of fraudulent and corrupt hearsay testimony only at the end of the case. The FAA is the legal and final authority in aircraft incident investigations; **The Federal Aviation Act Authority of 1958 (Aircraft Incident/Accident Investigation) Stating:**

> **"Unless otherwise specifically ordered by the National Transportation Safety Board (Board), the provisions of this part shall govern all accident or incident investigations, conducted under the authority of title VII of the Federal Aviation Act of 1958, as amended, and the Independent Safety Board Act of 1974. Rules applicable to accident hearings and reports set forth in part 845"**

and **FAA Order 8020.11C The Standard Procedure and Fact Findings Involved in Aircraft Incident/Accident Investigation** Stating:

> **"§831.4 Nature of Investigation. Accident and Incident investigations are conducted by the Board to determine the facts, conditions, and circumstances relating to an accident or incident and the probable cause(s) thereof. These results are then used to ascertain measures that would best tend to prevent similar accidents or incidents in the future. The investigation (on-scene at the accident, testing, teardown, etc.), report preparation, and where ordered, a public hearing. The investigation results in Board conclusions issued in the form of a report or "brief" of the incident or accident. Accident/Incident investigations are fact-findings proceedings with no formal issues and no adverse parties. They are not**

**subject to provisions of the Administrative Procedure Act (5 U.S.C 504 et seq.) and are not conducted for the purpose of determining the rights or liabilities of any person."**

(c) **Plaintiff Claims; Delta falsely accused him (Mr. Ghogomu) was responsible for the aircraft incident resulting to aircraft damage. Fact:** The FAA findings and facts determined that the <u>fueler</u> was responsible for the aircraft incident. **Evidence** in court proved **Mr. Branden D. Fortenberry** was the fueler and personnel responsible for the technical operation which led to the aircraft incident and damage which happened in midair. **Mr. Ghogomu** did not perform the technical function which led to the aircraft incident.

(d). **Plaintiff Claims; Delta falsely accused airport ramp ground marshaling agent(s) for not performing a walk around technical preflight inspection and failed to properly secure the central fuel tank cap inside the aircraft fuselage which is an internal fuel system component. Fact: This is a violation of 14 CFR 61, 121, and 135 of air operations.** Generally, Airport Ramp Ground Marshaling Agents do not perform such walk around technical inspection function, because they are not trained to perform such technical functions, except for qualified Certified Airmen (FAA Licensed Airmen/Trained Personnel) to perform such critical preflight technical inspection(s) on the aircraft and including fuel components linked with the engine operating systems. **Fact.** The FAA investigation determined that the operator and flight crew performed all inspections and there was no violation.

(e). **Plaintiff Claims;** The FAA Investigation determined that the operator and (flight crew) performed flight in accordance with **C.F.R 14 Part 121, ExpressJet Procedures, Inspections, and Flight Operations Manuals and there was no violation. Fact.**

7. **Plaintiff Claims;** The U.S Constitution Article VI, Clause 2 **(Supremacy of Federal Laws and Authority)** over State laws was **violated by the Federal Judges** by failing to apply the law in the Federal Cases, even when the law was properly invoked/cited. The Supreme Court properly adjudicated a similar case invoking the **Supremacy Law and the FAA Authority in the Federal Aviation Case: Philip J. FRANK, V DELTA AIRLINES INC, et al., 314 F.3d 195: [Dec. 3, 2002]. Fact.**

> "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the Supreme Law of the land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

The Supreme Court accepted to hear Plaintiff's Case: **Ghogomu v. Delta Airlines Global Services et al., Docketing the Case as No. 16-363** on the bases of the merits involving Constitutional, Federal Laws, Federal Questions, and Federal Agencies and Authorities (FAA, TSA, FBI) involved in the matters and issues & the investigations. However, the case suddenly stalled in the process after being scheduled for two presumed conferences (Nov. 22, 2016 and Feb. 17, 2017) without giving a legal justification/memorandum for the Supreme Court **Case No. 16-363.** Plaintiff claims, something transpired at the level of the Case Analyst (Mr. Clayton Higgins Jr.), handling the case that stalled in the process. why? **Fact. The Supreme Court heard and adjudicated a similar case enforcing the U.S.**

Constitution (Supremacy Law) and the Federal Authority (FAA) in the Case: Philip J. Frank, v. Delta Airlines Inc. et al., 314 F. 3d 195: [Dec. 3, 2002].

8. **Plaintiff Claims;** Delta indulged in a systemic action of corruption with third parties involved with issues or handling matters in the Federal Cases. **There is evidence of collusion, conspiracy, and corruption including; documents, video recordings, fraudulent and tampered (spoliated) evidence etc., all have been sealed at the Tenth circuit Court of Appeals. Federal Investigation Reports from Federal Law Enforcement Agencies with legal jurisdiction in the matters include the FAA, TSA, & FBI have all been sealed at the Tenth Circuit Court. However, all relevant facts & evidence exonerated Plaintiff.**

Question. 18 U.S.C §371:  Whether Conspiracy to commit offense, corruption, bribery, or defraud the U.S or Federal Agency involving Federal/Public Officials for personal interests or gains is acceptable?

Question. U.S Constitution Article VI, Clause 2 (Supremacy Law): Whether Federal Law preempts State Law in a Federal Question/Matter?

Question. The Federal Aviation Act of 1958: Whether the Federal Aviation Administration (FAA) - Aircraft Incident Investigation Report with Findings, Facts, and Evidence Supersedes/Preempts Delta's shady internal and corrupt aircraft incident investigation with no substantial evidence in the Federal Case involving the aircraft incident?

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/12/2018

Signature of Plaintiff

Printed Name of Plaintiff    Maahnchooh Ghogomu

### B. For Attorneys

Date of signing:

Signature of Attorney                    //

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## CERTIFICATE OF SERVICE

I, **Maahnchooh Ghogomu, (Plaintiff),** hereby certify that on the 13th day of June 2018, I mailed a true copy and correct copy of the Complaint and the Summons to Delta Airlines Global Services LLC., Corporate Head Office, Atlanta, Georgia.

**Attention; Mr. CYRIL J. TURNER (Delta Airlines Global Services, LLC., OR, The Current President) the Documents mailed to the address:   980 Virginia Avenue, 4th Floor**
                                                 **Atlanta, Ga 30354.**
                                                 **Tel:  404-715-4300**
                                                 **Fax: 404-715-4002**

By depositing and mailing said copy in the United States Postal Services with Proper First Class and Certified Mailed Prepaid Postage Affixed to the Defendant(s) Delta Airlines Global Services, LLC. (Attn. Mr. Cyril J. Turner or Current President, DAL-GS. LLC).

I, declare that this information is true and correct.

**Signature:** _____